LOUIS P. DELL, ESQ.  State Bar No. 164830
LAW OFFICE OF LOUIS P. DELL
11150 West Olympic Blvd., Suite 1120
Los Angeles, CA 90064
(310) 914-7400 (Office)
(310) 914-7435 (Fax)
e-mail: louis.p.dell@att.net

CLOSED

Attorney for Plaintiff,
ROSSALIN HAMPTON

# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSSALIN HAMPTON,<br><br>    Plaintiff,<br><br>  vs.<br><br>CT LOANS CENTER, INC., a California Corporation,<br><br>TORLAN, INC., a Delaware Corporation,<br><br>OBERON, INC., an Arizona Corporation,<br><br>OPM LENDERS, INC., a California Corporation,<br><br>and DOES 1 - 10, inclusive,<br><br>    Defendants.<br>_____ | CASE NO. CV 08-06303-RGK (CWx)<br><br>**JUDGMENT** |

-1-

**Judgment**

This action came on for jury trial on October 13, 2009, the Honorable R. Gary Klausner, United States District Judge Presiding.  Upon inquiry by the court, the plaintiff announced ready for trial.  Counsel for defendant CT Loans Center, Inc. announced it was not ready to proceed to trial, and advised the court that said defendant's sole shareholder/owner would not appear for trial despite having been personally served with a trial subpoena to appear at the time of trial.  Upon motion of the plaintiff, and without objection from defendant's counsel, the Court struck the answer of defendant CT Loans Center, Inc.  The uncontested matter then proceeded with a default prove-up hearing.

After submission of evidence on liability, compensatory damages, and punitive damages, the court makes its judgment as follows:

IT IS ORDERED AND ADJUDGED that:

1. The Court finds in favor of the plaintiff Rossalin Hampton on the following claims made against defendant CT Loans Center, Inc.: Violation of the Truth-in-Lending Act (15 USCA § 1638 *et. seq.*), Violation of the Truth-in-lending Act re Lease Disclosures (15 USCA § 1667a *et. seq.*), Violation of the Fair Debt Collection Practices Act (15 U.S.C. § 1692 *et. seq.*), and Conversion.

2. Judgment is entered against defendant CT Loans Center, Inc. in favor of plaintiff Rossalin Hampton in the amount of $ 26,495 special damages, $ 150,000 general damages, and $ 500,000 punitive damages, for total damages of $ 676,495.

3. The plaintiff shall recover costs of suit as taxed by the Clerk.

4. All sums awarded by this judgment bear interest at the judgment rate from the date of entry of this judgment until paid in full.

5.  The Court reserves jurisdiction to determine defendant CT Loans Center, Inc.'s liability for plaintiff's reasonable attorney fees and costs pursuant to 15 U.S.C. § 1640 of the Truth-in-Lending Act, and 15 U.S.C. § 1692k of the Fair Debt Collection Practices Act.

Dated: October 15, 2009

_____
UNITED STATES DISTRICT JUDGE

**Judgment**